1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  CHRISTOPHER JEFFERSON

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10
                                        )
11 UNITED STATES OF AMERICA,            )   No. 5:21-mj-71681-MAG-1
                                        )
12           Plaintiff,                 )   **STIPULATION TO CONTINUE**
                                        )   **DETENTION HEARING; ORDER AS**
13 vs.                                  )   **MODIFIED**
                                        )
14 CHRISTOPHER JEFFERSON,               )
                                        )
15           Defendant.                 )
   _____)
16

17
        Plaintiff United States of America, by and through Assistant United States Attorney
18
   Anne C. Hsieh, and Defendant CHRISTOPHER JEFFERSON ("Mr. Jefferson"), by and through
19
   his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the
20
   detention hearing, and any other proceedings currently pending, should be continued from
21
   November 2, 2021, to November 3, 2021.
22
        Mr. Jefferson appeared in Court on October 29, 2021, at which time a detention hearing
23
   was scheduled for November 2, 2021, at 1:00 p.m.  However, due to scheduling issues with the
24
   Santa Rita Jail authorities, United States Pretrial Services cannot complete a bail study in time
25
   for the currently scheduled detention hearing.  Accordingly, the parties respectfully request a
26

                                        1

continuance of the detention hearing.

      IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | GEOFFREY HANSEN<br>Acting Federal Public Defender |
| Dated: November 1, 2021 | _____/S/_____<br>ROBERT CARLIN<br>Assistant Federal Public Defender |
|  | STEPHANIE HINDS<br>Acting United States Attorney |
|  | _____/S/_____<br>ANNE C. HSIEH<br>Assistant United States Attorney |

## ORDER AS MODIFIED

    Based on the above, it is **HEREBY ORDERED** that the detention hearing, and any other proceedings currently pending in the above captioned matter, shall be continued to November 4, 2021, at 1:00 p.m.

Dated: November 1, 2021

                                                       HON. KANDIS A. WESTMORE<br>                                                       United States Magistrate Judge